IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **2:06MJ39-SRW** |
| | ) | |
| **JULIO CESAR ZAVALA-ULLOA** | ) | |

## NOTICE OF APPEARANCE FOR ZAVALA-ULLOA

The undersigned, Charles E. Vercelli, Jr., hereby files this notice of appearance on behalf of Defendant Julio Cesar Zavala-Ulloa. Please forward all pleadings to the attention of the undersigned.

Respectfully submitted this the 3rd day of May, 2006.

s/ C. E. Vercelli, Jr.
**CHARLES E. VERCELLI, JR.** (VER003)

**OF COUNSEL:**
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL:   334-834-8805
FAX:   334-834-8807
cvercelli@vercelli-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2006, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the United States Attorney and to all counsel of record.

s/ C. E. Vercelli, Jr.
Of Counsel

502-06\Not of Appear CEV.wpd