IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06cr123-MHT |
| | ) | |
| JULIO CESAR ZAVALA-ULLOA | ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for May 17, 2006, at 10:00 a.m. in the above-styled case.

You are DIRECTED to produce the following named prisoner: JULIO CESAR ZAVALA -ULLOA before the United States District Court at Courtroom 5A, on the 17th day of May, 2006, at 10:00 a.m.

DONE, this the 3rd day of May, 2006.

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk