| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE:** May 17, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | 10:12 - 10:28 |
| | **DIGITAL RECORDING:** 10:35 - 10:36 |

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

**PRESIDING MAG. JUDGE** VANZETTA PENN MCPHERSON   **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 2:06CR123-MHT   **DEFT. NAME:** Julio Cesar Zavala-Ulloa

**USA:** Clarke Morris   **ATTY:** Tim Halstrom (STAND IN-ARRAIGNMENT ONLY)

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO;

**USPTSO/USPO:**

Defendant __√__ does ___ does NOT need an interpreter; NAME   Beverly Childress

- ☐ Kars.   Date of Arrest _____   or   ☐ karsr40
- ☐ kia.   Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ☐ Finaff.   Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted   **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**
- ☐ 20appt.   Panel Attorney Appointed;  ☐ to be appointed - prepare voucher
- ☐   Deft. Advises he will retain counsel.  Has retained _____
- ☐   Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐   Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐   **DETENTION HRG** ☐ held;  ☐ set for _____;  ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.   Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.   ☐ **BOND EXECUTED** (M/D AL charges) $ _____   Deft released (kloc LR)
- ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)   Bond **NOT** executed.  Deft to remain in Marshal's custody
- ☐ ko.   Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.   Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐   Court finds **PROBABLE CAUSE**.  Defendant bound over to the Grand Jury.
- √ Karr.   **ARRAIGNMENT** SET FOR: _____  √☐ **HELD**. Plea of **NOT GUILTY** entered.
  - √☐ **Trial Term**   8/7/06  ;  ☐ **PRETRIAL CONFERENCE DATE:**  6/9/06
  - √☐ **DISCOVERY DISCLOSURES DATE:**   5/17/06
- ☐ Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- √ Kwvspt   **Waiver of Speedy Trial Act Rights Executed**.