| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 6/9/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:14 - 9:23 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:06cr123-MHT   **DEFENDANT(S):** Julio Cesar Zavala-Ulloa

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris | * | Chip E. Vercelli, Jr. |
| (NOT PRESENT) | * | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**     NOT   Complete

Defense Counsel should file a Notice of Discovery Incomplete by Next Friday if issues not resolved

☐ **PENDING MOTION STATUS:**     NONE

☐ **PLEA STATUS:**     Possible Plea

☐ **TRIAL STATUS**     3 Days for Trial

☐ **REMARKS:**   Discussion of Interpreters rate of pay as to all defendants needing interpreters in this case