IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06-CR-123-MHT |
| | ) | |
| JULIO CESAR ZAVALA-ULLOA | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner filed on July 25, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Julio Cesar Zavala-Ulloa, to Neill Thompson, DEA, and/or Eddie Spivey, HIDTA, and/or Scott Edwards, HIDTA, on July 26, 2006, through October 26, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Neill Thompson, DEA, and/or Eddie Spivey, HIDTA, and/or Scott Edwards, HIDTA, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of July, 2006.

_____
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE