IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   2:06cr123-MHT |
| | ) |
| JULIO CESAR ZAVALA-ULLOA | ) |

**DEFENDANT ZAVALA-UOLLA'S
NOTICE OF INTENT TO CHANGE PLEA**

Please take notice that Defendant Julio Cesar Zavala-Ulla intends to change his plea to one of guilty and requests that a hearing for that purpose be set. Counsel respectfully requests that the hearing not be set on August 1 or 2 of next week.

Respectfully submitted this the 26th day of July, 2006.

s/ C. E. Vercelli, Jr.
**CHARLES E. VERCELLI, JR.** (VER003)

**OF COUNSEL:**
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL:  334-834-8805
FAX:  334-834-8807
cvercelli@vercelli-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2006, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the United States Attorney and to all counsel of record.

s/ C. E. Vercelli, Jr.
Of Counsel

502-06\Not-change plea.wpd