MIDDLE DISTRICT OF ALABAMA     COURT REPORTER:   Jimmy Dickens

❏ **ARRAIGNMENT**     x **CHANGE OF PLEA**     ❏ **CONSENT PLEA**

❏ **RULE 44(c) HEARING**     ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*     **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *2:06cr123-MHT*     **DEFENDANT NAME:** *Julio Cesar Zavala-Ulloa*

**AUSA:** *A. Clark Morris*     **DEFENDANT ATTY:** *John M. Poti(Stand in for Atty Vercelli)*

Type Counsel:     ( ) Waived; ( ) Retained; ( ) Panel CJA; (X ) CDO

**USPO:**   Jakki Caple

**De fendant** ___x___ **does** _____**does NOT need and interpreter.**

**Interpreter present?** _____ **NO** __x__ **YES**    **Name:** Beverly Childress

**ORAL ORDER that Charles E. Vercelli will not receive CJA payment for the Change of Plea Hearing**

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**     ❏ Not Guilty                ❏ Nol Contendere

               ❏ Not Guilty by reason of insanity

               X-Guilty as to:

                     X-Count(s)___1, 2___ of the Felony Indictment.

                     ❏ Count(s) _____ ❏ dismissed on oral motion of USA;

                     ❏ to be dismissed at sentencing

**X —**    **ORAL ORDER ADJUDICATING GUILT as to COUNTS 1 and 2**

X—    Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea

                                                  Agreement entered

—    _____ Days to file pretrial motions.    ❏ _____ Trial date or term.

—    **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

                 ❏ summons; for:

       ❏ Trial on _____; ❏ Sentencing on _____    ❏ _____Bond ❏ to be set by Separate Order

X — **ORDER:** Defendant remanded to custody of U.S. Marshal for:

            ❏ Posting a $_____ Bond;

            ❏ Trial on _____; or   X- Sentencing -X- to be set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.