# <u>MINUTES</u>

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   <u>MYRON H. THOMPSON,</u>   JUDGE          AT MONTGOMERY  ALABAMA

DATE COMMENCED  <u>October 12, 2006 </u>       AT  12:08   A.M./P.M.

DATE COMPLETED  <u>October 12, 2006</u>        AT  12:23   A.M./P.M.

UNITED STATES OF AMERICA                    Criminal Action
                                            2:06-cr-123-05-MHT
        VS.

JULIO CESAR ZAVALA-ULLOA

---

| <u>PLAINTIFF(S)</u> | APPEARANCES | <u>DEFENDANT(S)</u> |
|---|---|---|
| AUSA A. Clark Morris | X | Atty Charles E. Vercelli, Jr. |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

---

<u>COURT OFFICIALS PRESENT:</u>

| Anthony Green,<br>Courtroom Clerk | Daniel Korobkin,<br>Law Clerk | Mitchell Reisner,<br>Court Reporter |
|---|---|---|

Beverly Childress, Interpreter

---

<u>PROCEEDINGS:</u>

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:          SENTENCING HEARING

12:08 a.m.                     Sentencing hearing commenced. Court's finding
                               that although the defendant represents that
                               he understands the English language, hearing
                               will proceed with an interperter. Terms of
                               plea agreement stated on the record.
                               Probation concurs with plea agreement. Court
                               accepts plea agreement. Defendant withdraws
                               objection to presentence report. Sentence
                               imposed; **ORAL ORDER** during sentence
                               imposition granting motion for downward
                               departure and motion for reduction in
                               criminal offense level.
12:23 a.m.                     Hearing concluded.